TO:   U.S. BANKRUPTCY COURT                    CASE NO. 02-32475/NLW

Sandra Radice                          DEBTOR: ANNIE DUBOSE
CITY: Newark, New Jersey 07102

# INFORMATION FOR NOTICE OF ABANDONMENT

David Wolff, Trustee, has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate.  If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the trustee no later than (date fixed by Clerk).

In the even an objection is timely filed a hearing thereon will be held on (date and location to be fixed by the Court).

If no objection is filed withe the Clerk and served upon the Trustee on or before (above date) the abandonment will take effect on (date fixed by Clerk).

The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF THE PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF DEBTOR (Include amount claimed due) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| Real estate and improvements located at 119 Broadway, Newark, NJ 07104 Market Value $80,000.00 | Countrywide Home Loans, Inc. Balance $65,850.16 | $5,344.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Requests for additional information about the property to be abandoned should be directed to:

David Wolff, Trustee
Hellring Lindeman Goldstein & Siegal LLP
One Gateway Center, 8th Floor, Newark, New Jersey 07102

SUBMITTED BY: /S/David Wolff          POSITION: TRUSTEE    PHONE: (973)621-9020
            David Wolff, Trustee

FOR CLERK'S USE ONLY:
                    TYPE OF TASK:   11
                    Form #_BL_  Statement_ABL_ Location #_____   Special Group _____

                    TASK MEETING DATE_____/_____/_____   TIME_____ A/P/N_____